IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JOSEPH M. CUELLAR,<br><br>    Defendant and Judgment Debtor.<br><br>CITIBANK, N.A.,<br><br>    Garnishee. | Case No.: 1:15-MC-00021-LJO<br><br>**ORDER ON APPLICATION FOR A**<br>**FINAL ORDER OF GARNISHMENT**<br><br>CRIMINAL CASE. NO.: 1:10-CR-00285-LJO |

   Pending before the Court is the United States' application for a final order garnishing defendant Joseph M. Cuellar's interests in various financial accounts he and his spouse, Alicia Cuellar, (the Cuellars) maintain at garnishee Citibank, N.A. (the Application). ECF No. 11.  The Court denied Defendant's motion to stay the United States' efforts to collect restitution on July 20, 2015 (ECF No. 15) and, having reviewed the court files and the Application, and finding good cause therefrom, hereby GRANTS the Application.  Accordingly, IT IS ORDERED that:

   1.   Garnishee Citibank shall DELIVER, within twenty (20) days of the filing of this Order, a cashier's check or money order in a combined amount drawn from the Cuellar's individual and joint Citibank accounts (the Garnishment Amount) as follows:

      A.    The entire account balance in the Cuellar's joint checking account ending in numbers 5986;

      B.    The entire account balance in the Cuellar's joint money market fund ending in numbers 2108;

      C.    The entire account balance in Defendant's IRA ending in numbers 9811;

      D.    The entire account balance in the Cuellar's joint checking account ending in numbers 4774; and

      E.    $24,919.66 from Alicia Cuellar's money market account ending in numbers 6698.

2.    Citibank shall make the Garnishment Amount payable to the "Clerk of the Court" at the Office of the Clerk, United States District Court, Eastern District of California, 501 I Street, Suite 4-200, Sacramento, California 95814.  Citibank shall also state the docket number (Case No.: 1:10-CR-00285-LJO) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

3.    Upon Citibank's payment of the Garnishment Amount to the Clerk of Court as forth above, Citibank may RELEASE the hold created by this garnishment proceeding on the Cuellar's Citibank accounts.

4.    This is a final order of garnishment; upon the payment and deposit of the Garnishment Amount as set forth above, this writ shall TERMINATE pursuant to 28 U.S.C. § 3205(c)(10)(B).

IT IS SO ORDERED.

Dated:   **July 27, 2015**          /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE